THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Wayne V. Samuels,       
Appellant,
 
 
 

Appeal From Horry County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-622
Submitted August 20, 2003  Filed October 
 21, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia; for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, of Columbia; Solicitor J. Gregory Hembree, of 
 Conway; for Respondent.
 
 
 

PER CURIAM:  Wayne V. Samuels appeals his 
 conviction for first-degree burglary, possession of a weapon during the commission 
 of a violent crime, and four counts each of kidnapping and armed robbery, arguing 
 the lower court erred in admitting evidence seized pursuant to a search warrant 
 supported by a false affidavit.  Samuels counsel attached to the brief a petition 
 to be relieved as counsel, stating that she had reviewed the record and concluded 
 this appeal lacks merit.  Samuel filed a separate pro se brief 
 arguing the lower court did not have subject matter jurisdiction because of 
 faulty indictments.  After a thorough review of the record, Samuels pro 
 se brief, and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss [1] Samuelss 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.